Diane G. Reed, Trustee
State Bar No. 09966500
501 N. College Street
Waxahachie, Texas 75165
972-938-7334; 1-972-923-0430 - FAX
dreed@bcylawyers.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CAPITAL PARK MANAGEMENT | § | CASE NO. 19-33569-BJH-7 |
| COMPANY, LLC | § | |
| | § | |
| | § | |
| DEBTOR(S). | § | |

## NOTICE OF RESET MEETING OF CREDITORS

PLEASE TAKE NOTICE that the meeting of creditors pursuant to 11 U.S.C. § 341 previously scheduled in the above-referenced case for April 14, 2020, at 12:00 p.m. has been *reset*. The reset meeting will be held on June 2, 2020, at 11:00 a.m. at the Office of the U.S. Trustee, 1100 Commerce Street, Room 524, Dallas, Texas 75242.

Respectfully submitted,

    / s /   Diane G. Reed
Diane G. Reed, Trustee
State Bar No. 09966500
501 N. College Street
Waxahachie, Texas 75165
972-938-7334
1-972-923-0430 (FAX)
dreed @bcylawyers.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true copy of the foregoing Notice was forwarded via either electronic means or United States first class mail to the parties listed below on the same date it was filed.

                                           / s /   Diane G. Reed
                                          Diane G. Reed, Trustee

Eric C. Blue
3140 Harvard Avenue, Ste. 402
Dallas, TX 75205
Email: eric.blue@bridgewaynational.com

Omar J. Alaniz
Baker Botts L.L.P.
2001 Ross Avenue, Ste. 900
Dallas, TX 75201

Fareed Iqbal Kaisani
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Ste. 3800
Dallas, TX 75201

U.S. Trustee
1100 Commerce Street
Room 976
Dallas, Texas 75242