IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CAPITAL PARK MANAGEMENT | § | Case No. 19-33569-MVL-7 |
| COMPANY, LLC | § | (Jointly Administered) |
| | § | |
| Debtor(s) | | |

## CHAPTER 7 §341 MEETING MINUTE SHEET

Due to the failure and refusal of Eric Blue, the sole representative of Capital Park Management Company, LLC, to attend several duly scheduled and notice §341 meetings there has been no meeting held in this case.

Respectfully submitted,

*/s/ Diane G. Reed*
Diane G. Reed, Trustee
501 N. College Street
Waxahachie, Texas  75165
972-938-7334
1-972-923-0430 Fax
dgrtrustee@bcylawyers.com

**CHAPTER 7 §341 MEETING MINUTE SHEET – Page 1 of 1**